No. 84–822. AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL. *v.* HAROCO, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 469 U. S. 1157.] Motion of American Bankers Association for leave to file a brief as *amicus curiae* granted.

No. 84–835. NEW JERSEY DEPARTMENT OF CORRECTIONS *v.* NASH; and

No. 84–776. CARCHMAN, MERCER COUNTY PROSECUTOR *v.* NASH. C. A. 3d Cir. [Certiorari granted, 469 U. S. 1157.] Motion of petitioners for divided argument denied.

No. 84–849. KENTUCKY, DBA BUREAU OF STATE POLICE *v.* GRAHAM ET AL. C. A. 6th Cir. [Certiorari granted, 469 U. S. 1156.] Motion of National League of Cities et al. for leave to file a brief as *amici curiae* granted.

No. 84–861. NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. C. A. 4th Cir. [Certiorari granted, 469 U. S. 1188.] Motions of Delta Steamship Lines, Inc., and Chamber of Commerce of the United States of America for leave to file briefs as *amici curiae* granted.

No. 84–902. WARDAIR CANADA INC. *v.* FLORIDA DEPARTMENT OF REVENUE;

No. 84–921. NORTHEASTERN INTERNATIONAL AIRWAYS, INC., ET AL. *v.* FLORIDA DEPARTMENT OF REVENUE;

No. 84–922. LINEAS AEREAS COSTARRICENSES, S.A., ET AL. *v.* FLORIDA DEPARTMENT OF REVENUE;

No. 84–926. EASTERN AIRLINES INC. *v.* FLORIDA DEPARTMENT OF REVENUE;

No. 84–929. DELTA AIR LINES, INC. *v.* FLORIDA DEPARTMENT OF REVENUE; and

No. 84–1041. AIR JAMAICA LTD. ET AL. *v.* FLORIDA DEPARTMENT OF REVENUE. Appeals from Sup. Ct. Fla. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.